**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00380-CV**
_____

**MONICA DAVIS, Appellant**

**V.**

**DOLLAR TREE STORES, INC., Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-01-01243-CV**
_____

**MEMORANDUM OPINION**

Monica Davis, Appellant, filed an unopposed request to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the request before the appellate court issued a decision in the appeal. We grant the request and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on February 5, 2025
Opinion Delivered February 6, 2025

Before Johnson, Wright and Chambers, JJ.